IN RE. ESTATE OF MARY JACKSON RIKER.

March 16, 1976. Petition for certification denied.

HUSDON COUNTY PARK COMMISSION v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON.

March 16, 1976. Petition for certification denied.

FRANK GOLDERE'S SONS, INC. v. TOWN OF MORRISTOWN.

March 16, 1976. Petition for certification denied.

RUSSELL KLEINTOP v. FREDERICK T. WALLACE.

March 16, 1976. Petition for certification denied.

ROBERT JONAS v. CIVIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY.

March 16, 1976. Petition for certification denied.

U. S. HOME CORP. OF NEW JERSEY v. TOWNSHIP OF BRICK.

March 16, 1976. Petition for certification denied.